UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ABUNDIO HERNANDEZ,<br><br>  Defendant. | No. 1:09-cr-00272-DAD-BAM-10<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>(Doc. No. 363.) |

This matter came before the court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 363.)

The parties stipulate, and the court finds, that defendant Hernandez is entitled to the benefit of the United States Sentencing Commission's Amendment 782, application of which reduces his total adjusted offense level from 31 to 29, resulting in an amended sentencing guideline range of 87 to 108 months. A reduction comparable to the one the defendant received at the time of his sentencing yields a term of 69 months imprisonment instead of the 86 month term originally imposed. This court has considered the § 3553(a) factors and, for the same reasons that the sentencing court imposed a sentence below the low end of the guideline range at the time of defendant's sentencing on October 9, 2013, the court finds that consideration of the §3553(a) factors support the imposition of a sentence commensurately below the low end of the new, amended guideline range.

1    IT IS HEREBY ORDERED that the term of imprisonment imposed on June 2, 2011 is
2 reduced to a term of 69 months.  If this sentence is less than the amount of time the defendant
3 has already served as of the date of this order, the defendant's sentence is reduced to a time
4 served sentence.
5    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
6 remain in effect.  The Clerk of the Court shall forthwith prepare an AO247 form reflecting the
7 above reduction in sentence, and shall serve certified copies of the AO247 on the United States
8 Bureau of Prisons and the United States Probation Office.
9    Unless otherwise ordered, defendant Hernandez shall report to the United States
10 Probation Office within seventy-two hours after his release from imprisonment.
11   Finally, the Clerk of the Court is directed to terminate this defendant and to close the case
12 relating to him.

IT IS SO ORDERED.

Dated: **January 25, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE