HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABUNDIO HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABUNDIO HERNANDEZ,<br><br>Defendant. | Case No.  1:09-cr-00272-DAD-BAM-10<br><br>**AMENDED STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  ANTHONY W. ISHII |

Defendant, ABUNDIO HERNANDEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 31, 2011, this Court sentenced Mr. Hernandez to a term of 86 months imprisonment;

3. His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a reduction from the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Hernandez' total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months. A reduction comparable to the one he received initially yields a term of 69 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hernandez' term of imprisonment to 69 months.

Respectfully submitted,

Dated:  January 22, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/   *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 22, 2016

HEATHER E. WILLIAMS
Federal Defender


/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
ABUNDIO HERNANDEZ

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties have stipulated, and the Court finds, that Mr. Hernandez is entitled to the benefit of Amendment 782 to the United States Sentencing Guidelines, application of which reduces his total adjusted offense level from 31 to 29, resulting in an amended sentencing guideline range of 87 to 108 months.  A reduction from the sentencing guideline range commensurate to the one defendant Hernandez received at the time of his original sentencing yields a term of 69 months imprisonment.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2011 is reduced to a term of 69 months.  If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation Office within seventy-two hours after his release from confinement.

IT IS SO ORDERED.

Dated:   **January 25, 2016**

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES DISTRICT JUDGE